# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

FLOYD ROBINSON,         :   No. 54 WM 2022

        Petitioner       :

         v.          :

SUPERINTENDENT MICHAEL ZAKEN ,    :

       Respondent       :

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of April, 2023, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus are DISMISSED. *See Commonwealth v. Ali*, 10 A.3d 282 (Pa. 2010) (explaining that hybrid representation is impermissible). The Prothonotary is DIRECTED to forward the filings to counsel of record.